UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SCOTT SALYER, | ) | Case No.: C-05-3562   PVT |
| Plaintiff, | ) | **ORDER OF RECUSAL** |
| v. | ) | |
| SALYER AMERICAN FRESH FOODS, ET. AL., | ) | |
| Defendants. | ) | |

I hereby recuse myself from hearing or determining any matters in the above-entitled action. The Clerk of Court shall randomly reassign this case.

Dated: October 31, 2005

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge