IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Scott Salyer,<br><br>          Plaintiff(s),<br>     v.<br><br>Salyer American Fresh Foods et al.,<br><br>          Defendant(s).<br>_____/ | NO. C 05-03562 JW<br><br>**ORDER CONTINUING HEARING DATE FOR MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |

    The motion to dismiss and stay currently set for December 19, 2005 is continued to February 27, 2006 at 9:00 a.m. The case management conference currently set for January 30, 2006 is continued to March 20, 2006 at 10:00 a.m. The joint case management statement must be filed no later than March 8, 2006

Dated: November 29, 2005

/s/James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Maschler bmaschler@gordonrees.com
Joy A. Jaeger jjaeger@gordonrees.com
Rebecca Connolly Rebecca.Connolly@grunskylaw.com
Thomas G. Foley tfoley@foleybezek.com

Andrew H. Swartz
Spiering, Swartz & Kennedy
550 Hartnell Street
Monterey, Ca 93940

**Dated: November 29, 2005**                                  **Richard W. Wieking, Clerk**

                                                              **By:   /s/JW Chambers
                                                                      Ronald L. Davis
                                                                      Courtroom Deputy**

**United States District Court**
For the Northern District of California