BRIAN P. MASCHLER (SBN: 111824)
JOY A. JAEGER (SBN: 232637)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Plaintiff
SCOTT SALYER, individually, and as
Trustee of the Scott Salyer Revocable
Trust

*GRANTED — Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| SCOTT SALYER, individually, and as Trustee of the Scott Salyer Revocable Trust,<br><br>Plaintiff,<br><br>vs.<br><br>SALYER AMERICAN FRESH FOODS; FRED SALYER; LINDA SALYER LEE, individually and as Trustee of the Linda Salyer Lee Revocable Trust; THOMAS WELCH; DONALD BLODGETT; and LAWRENCE RYAN,<br><br>Defendants. | CASE NO. C05-3562 JW<br><br>**PLAINTIFF'S REQUEST FOR LEAVE OF COURT TO FILE SUPPLEMENTAL BRIEFING IN OPPOSITION TO MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR A STAY**<br><br>Hearing Date: ~~February 27, 2006~~<br>Time: 9:00 a.m.<br>Judge: Honorable James Ware |

Pursuant to Rule 7-4(d) of the Civil Local Rules for the Northern District of California, Plaintiff, Scott Salyer, individually, and as Trustee of the Scott Salyer Revocable Trust ("Plaintiff"), hereby requests the Court's approval to file supplemental briefing (a "Surreply") in Opposition to Defendants' Motion to Dismiss, or in the Alternative, to Stay this Action. This supplemental briefing would not exceed **seven (7) pages** in length and would be filed on or before 12:00 p.m. on **February 21, 2006** (February 20 is a Court holiday). The hearing date on

-1-
PLAINTIFF'S REQUEST FOR LEAVE OF COURT TO FILE SURREPLY IN OPPOSITION TO MOTION TO DISMISS OR IN THE ALTERNATIVE, FOR A STAY

SKFO\1033887\927629.1

this Motion is February 27, 2006. Defendants' Reply is due today (February 13, 2006). Good cause exists for permitting Plaintiff to file this supplemental briefing in that:

1. Based upon the Court's Order Continuing the Hearing on this Motion from December 19, 2005 to February 27, 2006, Defendants have had **two and a half months** to prepare and file their Reply Brief in Support of their Motion to Dismiss, or in the Alternative, for a Stay. The Court issued this Scheduling Order on November 29, 2005 -- the very day after Plaintiff had filed his Opposition, in a timely manner, to Defendants' Motion.

2. On December 2, 2005, Plaintiff, citing the briefing schedule that had resulted from the Court's November 29, 2005 Order, filed a Request for Clarification of said Order. (A true and correct copy of this Request for Clarification is attached as Exhibit A to the Declaration of Brian P. Maschler).

3. The Court denied Plaintiff's Request for Clarification. Thus, per Civil Local Rule 7-3(c), Defendants' reply papers were due on February 13, 2006, rather than on December 5, 2005, when the Reply would have been due under the original hearing schedule. Judge Ware's clerk, in notifying Plaintiff's counsel of the Court's denial of Plaintiff's Request for Clarification, noted that one avenue of recourse would be to seek leave to file a surreply.

4. On February 13, 2006, before Plaintiff's counsel had received Defendants' reply papers, Plaintiff's counsel requested of defense counsel, Ms. Rebecca Connolly of Grunsky, Ebey, Farrar & Howell, that Defendants stipulate to the supplemental briefing requested herein. Defendants' counsel refused, stating that "we [plaintiff] would just have to file an application [to the Court]." Defense counsel gave no explanation for their refusal.

///
///
///
///
///
///

-2-
PLAINTIFF'S REQUEST FOR LEAVE OF COURT TO FILE SURREPLY IN OPPOSITION TO MOTION TO DISMISS OR IN THE ALTERNATIVE, FOR A STAY

7. In view of the foregoing, and the fact that Defendants' Motion is a dispositive motion, the supplemental briefing requested herein is both fair and reasonable.

Respectfully submitted,

Dated: February 13, 2006

GORDON & REES LLP

By: /s/
BRIAN P. MASCHLER
Attorneys for Plaintiff
SCOTT SALYER, individually, and SCOTT SALYER, as Trustee of the Scott Salyer Revocable Trust

Plaintiff's request is granted. The hearing date is continued from February 27 to March 13, 2006 at 9:00 a.m.

dated: February 17, 2006

*James Ware*

-3-
PLAINTIFF'S REQUEST FOR LEAVE OF COURT TO FILE SURREPLY IN OPPOSITION TO MOTION TO DISMISS OR IN THE ALTERNATIVE, FOR A STAY