**United States District Court**
For the Northern District of California

1

2

3                                                          **\*E-FILED 9/8/06\***

4

5

6

7

8

9

10                    IN THE UNITED STATES DISTRICT COURT

11                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13    SCOTT SALYER,                               NO. C 05-3562 JW (RS)

14                    Plaintiff,                  **ORDER GRANTING REQUEST**
15          v.                                    **TO EXTEND PAGE LIMITS**

16    SALYER AMERICAN FRESH FOODS, ET AL.,

17                    Defendants.

18    _____/

19

20

21          Before the Court is the parties' stipulated request under Local Civil Rule 7-11 for an order

22    permitting the supporting and opposition briefs for defendant's motion to compel to exceed 25

23    pages.  In view of the number of discovery requests at issue in the motion, the request will be

24    granted.  The briefs shall not exceed 30 pages. No request to extend the limits for the reply brief has

25    been made or will be granted.

26          Counsel are advised that even where parties are in agreement that page limits should be

27    extended, the party bringing a motion for administrative relief under Local Civil Rule 7-11 has the

28    obligation to "set forth specifically . . . the reasons supporting the motion," so that the Court is in a

1

1  position to evaluate whether relief should be granted.

2

3  IT IS SO ORDERED.

4  Dated: September 8, 2006

                               RICHARD SEEBORG

5                                 United States Magistrate Judge

**United States District Court**
For the Northern District of California

ORDER DENYING REQUEST FOR ORDER SHORTENING TIME
C 05-3562 JW (RS)

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Rebecca Connolly      Rebecca.Connolly@grunskylaw.com, Alice.Wilkerson@grunskylaw.com

Philip D. Dracht      pdracht@foleybezek.com, ijung@foleybezek.com

Thomas G. Foley , Jr     tfoley@foleybezek.com, smulder@foleybezek.com

Joy A. Jaeger     jjaeger@gordonrees.com

Brian Maschler     bmaschler@gordonrees.com

Andrew H. Swartz     ahswartz@aol.com, marstond@ssklaw.com


Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 9/8/06**                                    **Chambers of Judge Richard Seeborg**

                                                    **By:** _____/s/ BAK_____

ORDER DENYING REQUEST FOR ORDER SHORTENING TIME
C 05-3562 JW (RS)

3