1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                   SAN JOSE DIVISION

10   Scott Salyer,                              NO. C 05-03562 JW

11                  Plaintiff,                  **ORDER VACATING HEARING
          v.                                    ON PLAINTIFF'S MOTION FOR
12                                              RECONSIDERATION**
     Salyer American Fresh Foods, et al.
13
                    Defendants.
14   _____/

15          The Court deems Plaintiff's Motion for Reconsideration appropriate for submission on the

16   papers.  See Civ. L.R. 7-1(b).  Accordingly, the September 18, 2006 hearing  is vacated.

17

18   Dated: September 13, 2006                  _____
                                                JAMES WARE
19                                              United States District Judge

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**
Andrew H. Swartz ahswartz@aol.com
Brian Maschler bmaschler@gordonrees.com
Joy A. Jaeger jjaeger@gordonrees.com
Philip D. Dracht pdracht@foleybezek.com
Rebecca Connolly Rebecca.Connolly@grunskylaw.com
Thomas G. Foley tfoley@foleybezek.com


**Dated: September 13, 2006**                    **Richard W. Wieking, Clerk**


                                                 **By:  /s/ JW Chambers**
                                                 **Elizabeth Garcia**
                                                 **Courtroom Deputy**

United States District Court
For the Northern District of California