Thomas N. Griffin, Esq., SBN 71049
Rebecca Connolly, Esq., SBN 145482
GRUNSKY, EBEY, FARRAR & HOWELL
A Professional Corporation
240 Westgate Drive
Watsonville, CA 95076
Phone: (831)722-2444; Fax: (831)722-6153

Attorneys for Defendant SALYER AMERICAN FRESH FOODS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| SCOTT SALYER, individually, and as Trustee of the Scott Salyer Revocable Trust,<br><br>                        Plaintiff,<br>   vs.<br>SALYER AMERICAN FRESH FOODS,<br><br>                        Defendants. | No.  C 05-3562  JW (RS)<br><br>**STIPULATED REQUEST FOR ORDER MODIFYING EXPERT DISCLOSURE DEADLINES IN SCHEDULING ORDER**<br><br>**Honorable James Ware** |

      The undersigned parties hereby stipulate to modify the Scheduling Order entered by the Court on March 15, 2005 as follows:

      1.    The date set for expert disclosures set forth at page 2, lines 25-26 setting the date of October 1, 2006 be extended to October 13, 2006;

      2.    The date set as the last day for hearing on motions to exclude experts set forth at page 3, lines 6-7 setting the date of November 27, 2006 at 9:00 a.m. be extended to January 22, 2007 at 9:00 a.m. to correspond with the last day to file dispositive motions; and,

      3.    The date set for disclosure of rebuttal experts set forth at page 3, lines 11-12 setting the date of October 13, 2006 be extended to October 27, 2006.

      The undersigned parties agree that good cause exists to modify the expert disclosure deadlines and associated motion deadline based on the fact that plaintiff's lead counsel Brian Maschler was

- 1 -

SAFR18477\stip-request-expertdiscl.doc
*Salyer v. Salyer American Fresh Foods, et al.*                                                                           C 05-3562 JW (RS)
STIPULATED REQUEST RE: EXPERT DISCLOSURES

1 | hospitalized on September 22, 2006.
2 |     IT IS SO STIPULATED:
3 |
4 | DATED: September 28, 2006      GORDON & REES LLP

By    /s/
    Joy A. Jaeger, Attorneys for Plaintiff

DATED: September 28, 2006      GRUNSKY, EBEY, FARRAR & HOWELL

By    /s/
    Rebecca Connolly, Attorneys for Defendant
    Salyer American Fresh Foods

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/02/06            /s/ James Ware
    JAMES WARE
    UNITED STATES DISTRICT JUDGE

- 2 -

SAFR18477\stip-request-expertdiscl.doc
*Salyer v. Salyer American Fresh Foods, et al.*      C 05-3562 JW (RS)
STIPULATED REQUEST RE: EXPERT DISCLOSURES

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Rebecca Connolly, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of September, 2006, at Watsonville, California.

By:  */s/ Rebecca Connolly*

- 3 -

SAFR18477\stip-request-expertdiscl.doc
*Salyer v. Salyer American Fresh Foods, et al.*  C 05-3562 JW (RS)
STIPULATED REQUEST RE: EXPERT DISCLOSURES