United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Scott Salyer, individually, and as Trustee of the Scott Salyer Revocable Trust,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Salyer American Fresh Food, et al.,<br><br>　　　　Defendants.<br>_____/ | NO. C 05-03562 JW<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE** |

　　In light of the Court's October 24, 2006 Orders Granting Plaintiff's Motion for Reconsideration and leave to file the First Amended Complaint (see Docket Item No. 138), and Granting Plaintiff's Motion for Modification of the Scheduling Order (see Docket Item No. 139), the Court DENIES Defendants' Motion for Summary Judgment without prejudice as premature. The Defendants are invited to renotice and refile their motion upon completion of discovery and pursuant to the parties' new case schedule.

Dated: October 24, 2006

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew H. Swartz ahswartz@aol.com
Brian Maschler bmaschler@gordonrees.com
Brian Maschler bmaschler@gordonrees.com
Joy A. Jaeger jjaeger@gordonrees.com
Philip D. Dracht pdracht@foleybezek.com
Rebecca Connolly Rebecca.Connolly@grunskylaw.com
Thomas G. Foley tfoley@foleybezek.com

**Dated: October 24, 2006**          **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers  
         Elizabeth Garcia  
         Courtroom Deputy**

United States District Court
For the Northern District of California