Submitting Counsel Appear on Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| SCOTT SALYER, individually, and as Trustee of the Scott Salyer Revocable Trust,<br><br>　　　　　Plaintiff,<br>　vs.<br>SALYER AMERICAN FRESH FOODS; FRED SALYER; LINDA SALYER LEE, INDIVIDUALLY AND AS Trustee of the Linda Salyer Lee Revocable Trust; THOMAS WELCH; DONALD BLODGETT; and LAWRENCE RYAN,<br><br>　　　　　Defendants. | No.  C 05-3562  JW (RS)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**Before the Honorable James Ware** |

The undersigned parties hereby stipulate that all defendants shall have until December 26, 2006 to answer or otherwise respond to the First Amended Complaint in the above-captioned matter. It is further stipulated that the hearing on any motion to dismiss filed on or before December 26, 2006 shall be set for hearing on February 12, 2006 to allow the plaintiff additional time to respond to the motion to dismiss.

　　　IT IS SO STIPULATED:

DATED:    December 8, 2006　　　　　　　　　GORDON & REES LLP


　　　　　　　　　　　　　　　　　　　　By　___*/s/ Brian P. Maschler*___
　　　　　　　　　　　　　　　　　　　　　　Brian P. Maschler, Attorneys for Plaintiff

- 1 -

SAFR18477\stip-FAC.doc
*Salyer v. Salyer American Fresh Foods, et al.*　　　　　　　　　　　　　　　　　C 05-3562 JW (RS)
**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

DATED: December 7, 2006       GRUNSKY, EBEY, FARRAR & HOWELL

By  */s/ Rebecca Connolly*
Rebecca Connolly, Attorneys for Defendant Salyer American Fresh Foods

DATED: December 7, 2006       FOLEY, BEZEK, BEHLE & CURTIS

By  */s/ Thomas G. Foley*
Thomas G. Foley, Attorneys for Defendants Linda Salyer Lee and Fred Salyer

DATED: December 7, 2006       SPIERING, SWARTZ & KENNEDY

By  */s/ Andrew H. Swartz*
Andrew H. Swartz, Attorneys for Defendants Thomas Welch, Donald Blodgett and Lawrence Ryan

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/11/2006

JAMES WARE
UNITED STATES DISTRICT JUDGE

SAFR18477\stip-FAC.doc
*Salyer v. Salyer American Fresh Foods, et al.*                     C 05-3562 JW (RS)
**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Rebecca Connolly, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of December, 2006, at Watsonville, California.

By:  */s/ Rebecca Connolly*

- 3 -

SAFR18477\stip-FAC.doc
*Salyer v. Salyer American Fresh Foods, et al.*                                                                              **C 05-3562 JW (RS)**
**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**