1 | Submitting Counsel Appear on Signature Page

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

9

10 | SCOTT SALYER, individually, and as
Trustee of the Scott Salyer Revocable Trust,

No.   C 05-3562  JW (RS)

11

12 |        Plaintiff,

vs.

**STIPULATION TO CONTINUE HEARING
ON DEFENDANTS' JOINT MOTION TO
DISMISS FIRST AMENDED COMPLAINT**

13 | SALYER AMERICAN FRESH FOODS;
FRED SALYER; LINDA SALYER LEE,
INDIVIDUALLY AND AS Trustee of the
Linda Salyer Lee Revocable Trust; THOMAS
WELCH; DONALD BLODGETT; and
LAWRENCE RYAN,

**Before the Honorable James Ware**

14

**[Local Rules 6-1(a) & 7-7(b)(1)]**

15

16

17 |        Defendants.

18

19 |      The undersigned parties hereby stipulate that the hearing on Defendants' Joint Motion to

20 | Dismiss First Amended Complaint [Document #146] currently set for hearing on February 12, 2007 at

21 | 9:00 a.m. be continued and set for hearing on March 12, 2007 at 9:00 a.m.   The parties have not

22 | previously stipulated to continue the hearing date.

23 |      IT IS SO STIPULATED:

24

25 | DATED:     January 23, 2007          GORDON & REES LLP

26

27 | By_____*/s/ Brian P. Maschler*_____
Brian P. Maschler, Attorneys for Plaintiff

28

- 1 -

SAFR18477\stip-continue.doc
*Salyer v. Salyer American Fresh Foods, et al.*        **C 05-3562 JW (RS)**
**STIPULATION TO CONTINUE HEARING**

1

DATED:     January 23, 2007                    GRUNSKY, EBEY, FARRAR & HOWELL

2

3                                              By_____ */s/ Rebecca Connolly*_____
                                                  Rebecca Connolly, Attorneys for Defendant
4                                                 Salyer American Fresh Foods

5   DATED:     January 23, 2007                    FOLEY, BEZEK, BEHLE & CURTIS

6

7                                              By_____ */s/ Thomas G. Foley*_____
                                                  Thomas G. Foley, Attorneys for Defendants Linda
8                                                 Salyer Lee and Fred Salyer

9   DATED:     January 23, 2007                    SPIERING, SWARTZ & KENNEDY

10

11                                             By_____ */s/ Andrew H. Swartz*_____
                                                  Andrew H. Swartz, Attorneys for Defendants
12                                                Thomas Welch, Donald Blodgett and Lawrence
                                                  Ryan
13

14

15          PURSUANT TO STIPULATION, IT IS SO ORDERED.

16

17

18   DATED:  __January 24 2007 _____            _____
                                                JAMES WARE
19                                              UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

- 2 -

SAFR18477\stip-continue.doc
*Salyer v. Salyer American Fresh Foods, et al.*                              C 05-3562 JW (RS)
STIPULATION TO CONTINUE HEARING

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Rebecca Connolly, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 23rd day of January, 2007, at Watsonville, California.


By:   */s/ Rebecca Connolly*_____

SAFR18477\stip-continue.doc
*Salyer v. Salyer American Fresh Foods, et al.*                                    **C 05-3562 JW (RS)**
**STIPULATION TO CONTINUE HEARING**