BRIAN P. MASCHLER (SBN: 111824)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Plaintiff
SCOTT SALYER, individually, and as
Trustee of the Scott Salyer Revocable
Trust

**IT IS SO ORDERED**
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| SCOTT SALYER, individually, and as Trustee of the Scott Salyer Revocable Trust,<br><br>Plaintiff,<br><br>vs.<br><br>SALYER AMERICAN FRESH FOODS; FRED SALYER; LINDA SALYER LEE, individually and as Trustee of the Linda Salyer Lee Revocable Trust; THOMAS WELCH; DONALD BLODGETT; and LAWRENCE RYAN,<br><br>Defendants. | CASE NO. C05-3562 JW<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Stipulation of Dismissal with Prejudice executed by Counsel for Plaintiff and all Defendants, respectively, this action is hereby DISMISSED, in its entirety, WITH PREJUDICE.

IT IS SO ORDERED.

April 25, 2007

_____
Honorable James W. Ware
United States District Judge

ORDER OF DISMISSAL